UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DERRICK RAY,<br>    Plaintiff, | Case No. 3:20-cv-857-MMH-JRK |
| v. | |
| BRIDGESTONE RETAIL OPERATIONS,<br>LLC d/b/a Tires Plus Total Car Care,<br>    Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned Counsel for Plaintiff DERRICK RAY, and respectfully moves this Honorable Court for the entry of an Order, permitting the undersigned Counsel to withdraw as Counsel of Record for Plaintiff, and in support thereof states the following:

1. Irreconcilable differences have emerged between the undersigned Counsel and Plaintiff DERRICK RAY.

2. Accordingly, the undersigned Counsel and Plaintiff have agreed that it would be in Plaintiff's best interest for undersigned Counsel to withdraw from further representation of Plaintiff in this action.

3. Plaintiff consents to the relief sought in this Motion, as indicated by his signature below.

4. Pursuant to Local Rule 3.01(g), undersigned Counsel conferred with Counsel for Defendant about the relief sought in this Motion, and Defendant takes no position regarding the relief sought herein.

1

5.  Plaintiff Derrick Ray's contact information is as follows:

Derrick Ray
8990 US Hwy 1 North
Saint Augustine, FL 32095
662-577-6000
DerrickRay1979@gmail.com

**WHEREFORE**, Plaintiff's undersigned Counsel respectfully requests the entry of an Order, permitting undersigned Counsel to withdraw from further representation of Plaintiff in this action.

Dated January 6, 2021.

**THE BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
(904) 438-8082 (telephone)
(904) 800-1482 (facsimile)
Andrew@Jax.Lawyer
Jesus@Jax.Lawyer
Kinnette@Jax.Lawyer
BonderudLaw@gmail.com
*Counsel for Plaintiff*

## CONSENT OF PLAINTIFF

**I, DERRICK RAY,** hereby consent to the relief sought in the foregoing Motion to Withdraw as Counsel.

_____
DERRICK RAY            DATE

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 6, 2021, I served the foregoing document via email upon:

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association
Brian T. Coughlin, Esq.
BTC@BedellFirm.com
Valeen M. Arena, Esq.
VMA@BedellFirm.com
The Bedell Building
101 East Adams
Jacksonville, FL 32202
*Counsel for Defendant Bridgestone Retail Operations, LLC*
*d/b/a Tires Plus Total Car Care*

                                          ***/s/ Andrew Bonderud***
                                          Attorney