UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-cv-00857-MMH-JRK

DERRICK RAY,

    Plaintiff,

vs.

BRIDGESTONE RETAIL
OPERATIONS, LLC, d/b/a
TIRES PLUS TOTAL CAR CARE

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, Elroy M. John, Jr., Esq., of the Florida Justice Law Firm, PLLC, pursuant to Local Rule 2.02, hereby moves this Court for an order permitting his withdrawal as counsel for the Plaintiff, DERRICK RAY, and, in support thereof, states the following:

1. The undersigned currently serves as counsel of record for Plaintiff, DERRICK RAY.

2. Irreconcilable differences regarding the prosecution of Plaintiff's claims have arisen between undersigned counsel and Plaintiff. The divergence is of such a nature as to make continued representation detrimentally impractical for both Plaintiff and the undersigned.

3. No continuance will be necessary as a result of the relief requested herein as the current trial date is set more than twelve (12) months away. Additionally, there will be no material adverse impact to Plaintiff as the matter is still in the

relatively early stages of discovery.

4. Furthermore, Plaintiff consents to the withdrawal as evidenced by his signature below.

5. The undersigned has conferred with defense counsel, Brian T. Coughlin, regarding the relief requested herein and Mr. Coughlin has stated no objection.

6. Plaintiff's contact information is as follows:

Derrick Ray
8990 U.S. 1 N.
Saint Augustine, FL 32095
(662) 577-6000
derrickray1979@gmail.com

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order authorizing the undersigned to withdraw as counsel of record for Plaintiff, DERRICK RAY, and for such further relief as the Court deems appropriate.

Respectfully Submitted,

By: */s/ Elroy M. John, JR., Esq.*
ELROY M. JOHN, JR., ESQ.
Florida Bar No: 1002480

FLORIDA JUSTICE LAW FIRM PLLC
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 637-2767
Facsimile: (954) 634-5601
Service@OnlyForJustice.com
*Trial Counsel for Plaintiff*

2

## CONSENT OF CLIENT

I, DERRICK RAY, the Plaintiff in the above-styled cause, hereby consent to the withdrawal of Elroy M. John, Jr., Esq., as my counsel in this matter.

_Derrick Ray (Feb 24, 2021 12:46 EST)_

DERRICK RAY

DATE: Feb 24, 2021

3