# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DERRICK RAY,

        Plaintiff,

v.                                                   Case No. 3:20-cv-857-MMH-JRK

BRIDGESTONE RETAIL
OPERATIONS, LLC, d/b/a
Tires Plus Total Car Care,

        Defendant.

_____

## O R D E R

1.    Plaintiff's Request for Production (Doc. No. 32), filed July 15, 2021, and Plaintiff's Second Request for Production (Doc. No. 34), filed July 19, 2021 are **STRICKEN** because these requests should be served directly on Defendant and not filed with the Court. See Fed. R. Civ. P. 5(d)(1)(A); Section I.C.1, Middle District Discovery Handbook. The Clerk of Court is directed to remove these documents from the official court record.

2.    All future filings by Plaintiff <u>must</u> include a signature and certificate of service.

**DONE AND ORDERED** in Jacksonville, Florida on July 19, 2021.

                                                                     *James R. Klindt*
                                                                 JAMES R. KLINDT
                                                  United States Magistrate Judge

keb
Copies to:
Counsel of Record

Derrick Ray
8990 U.S. Highway 1 North
Saint Augustine, Florida 32095