UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DERRICK RAY,

    Plaintiff,

v.                                                CASE NO.: 3:20-cv-857-MMH-LLL

BRIDGESTONE RETAIL
OPERATIONS, LLC d/b/a Tires
Plus Total Car Care,

    Defendant.
_____/

**DEFENDANT'S DISCOVERY STATUS UPDATE**

    In accordance with this Court's March 11, 2022 Order Denying Motion for Sanctions without Prejudice (Doc. 71), Defendant Bridgestone Retail Operations, LLC files this status update and states:

    1.    After the hearing on March 10, 2022, the Court again ordered Plaintiff to provide any non-privileged documents responsive to Request 5 in Defendant's First Request for Production ("All communications, diaries, notes, records, memoranda, records, telephone or other conversations that [plaintiff] prepared, maintained or kept, or participated in preparing, maintaining or keeping, regarding the lawsuit, the [d]efendant, any of [d]efendant's employees, and/or any of [d]efendant's retail stores.").

2. The Court also ordered Plaintiff to provide any non-privileged documents responsive to Request 15 in Defendant's First Request for Production ("All documents, including telephone records, relating to telephone calls alleged in the [c]omplaint at paragraphs ten through fourteen.") The Court ordered Plaintiff to produce documents "including but not limited to records from July 18, 2020, July 20, 2020, and July 21, 2020." Doc. 71 at 4.

3. Plaintiff produced (and filed) two exhibits last week. Exhibit No. 1, labeled by Plaintiff as "Journals and Communication to Defendant," comprised of assorted email communication between Plaintiff and defense counsel.[1] Exhibit 2, labeled by Plaintiff as "Notes and Records to Defendant," is comprised mostly of printed internet pages, Plaintiff's relevant handwritten notes, and various documents related to this and other legal matters.

4. Much of Exhibit 2 is responsive and discoverable and had not been produced before, not even after the Court's detailed Order of August 3, 2021 (in which Requests 5 and 15 were specifically addressed). Doc. 38.

5. Regarding Request 5, Defendant is now in possession of responsive materials. That which the Defendant has asserted multiple times is now confirmed: Plaintiff possessed and willfully failed to produce discoverable

---

[1] Defense counsel, of course, already had a record of the communications.

materials even after clear orders from the Court.  Doc. 38.

6. Regarding Request 15, Plaintiff re-submitted a one-page call log of Plaintiff's telephone calls between July 20 and July 27, 2020.  If there are relevant calls or records outside that time frame, they have not been produced and Plaintiff has stated such records are no longer available.  Doc. 72 at 3.  If relevant evidence has been lost due to the passage of time, it was avoidable.

7. Plaintiff contravened the applicable rules and disobeyed the Court's orders.  Defendant re-asserts its request for sanctions and requests this action be dismissed under Rule 41(b), Federal Rules of Civil Procedure.

8. Instead of or in addition to dismissal, Defendant again asks that the Court order Plaintiff to reimburse Defendant for the fees and costs it was forced to incur pursuing the recently produced discovery.  Plaintiff's actions caused Defendant to incur significant fees and costs.  Plaintiff's recalcitrance was not justified, must less substantially justified, and Defendant should not have to shoulder costs caused by Plaintiff's failure to follow the Court's orders.  Fed. R. Civ. P. 37(b)(2)(C).

Dated this 30th day of March 2022.

        BEDELL, DITTMAR, DeVAULT, PILLANS
        & COXE, Professional Association

        By: s/Brian T. Coughlin
            Brian T. Coughlin
            Florida Bar No. 0713732
            Email: btc@bedellfirm.com
            101 East Adams Street
            Jacksonville, Florida 32202
            Telephone: (904) 353-0211
            Facsimile:  (904) 353-9307


        Counsel for Defendant, Bridgestone Retail
        Operations, LLC d/b/a Tires Plus Total Car Care

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of March 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to Plaintiff Derrick Ray. I further certify that I served the foregoing to the following:

> VIA U.S. MAIL TO:
> Derrick Ray
> P.O. Box 4242
> Saint Augustine, FL 32085

>> s/Brian T. Coughlin
>> Brian T. Coughlin
>> Florida Bar No. 713732
>> btc@bedellfirm.com
>> The Bedell Building
>> 101 East Adams Street
>> Jacksonville, Florida 32202
>> Telephone: (904) 353-0211
>> Facsimile:  (904) 353-9307